UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| T.N.,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>        Defendant. | Case No. 20-cv-07518-VKD<br><br>**ORDER FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR SHOW CAUSE** |

Plaintiff's motion for summary judgment was filed on September 20, 2021. Dkt. No. 23. Pursuant to the Court's Order re Briefing Schedule (Dkt. No. 13), defendant's opposition or counter-motion was due by November 19, 2021. The Court granted defendant's unopposed request for an extension of time to January 18, 2022 to file her opposition or counter-motion. Dkt. No. 25. That extended deadline has passed and defendant has not filed any opposition or counter-motion. Nor has defendant requested a further extension of time. By **January 31, 2022**, defendant shall file a response to plaintiff's motion or show cause for the failure to comply with the court-ordered briefing schedule.

**IT IS SO ORDERED.**

Dated: January 26, 2022

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge